**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN D. CROWELL<br><br>Plaintiff<br><br>v.<br><br>A.G. RISK MANAGEMENT INC.<br><br>Defendant | CIVIL ACTION NO.<br><br><br><br>MAY 21, 2024 |

**PETITION FOR REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

A.G. Risk Management Inc., by its undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, hereby removes this action from the Superior Court of the Judicial District of Stamford-Norwalk at Stamford in the State of Connecticut, where it is now pending, to the United States District Court of the District of Connecticut. In support of its petition for removal, Defendant states as follows:

1. An action was made returnable on June 11, 2024, to the Superior Court for the Judicial District of Stamford-Norwalk at Stamford, entitled "*JOHN D. CROWELL v. ALAN GRAY RISK MANAGEMENT, INC., A/K/A A.G. RISK MANAGEMENT INC.*," bearing Docket Number FST-CV24-6066861-S, with service of a Summons, Complaint and Statement of Amount in Demand on its Agent for Service. Copies of all process and pleadings served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut.

5. Defendant A.G. Risk Management Inc. is a company with a principal place of business located in Pennsylvania and its citizenship is in Pennsylvania. There are no other defendants in this case.

6. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Defendant received the initial proceedings, setting forth the claim for relief upon which this action is based, from its Agent for Service on May 1, 2024, and the summons and complaint were served on the Agent for Service on April 29, 2024, therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Stamford, be removed to this Court.

DEFENDANT
A.G. RISK MANAGEMENT INC.

BY______________________________

Jessica Z. Wragg
FED Bar No: ct28293
MUSCO & IASSOGNA
555 Long Wharf Drive, 10th Floor
New Haven, Connecticut 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: jessica.wragg@m-ilaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 21st day of May 2024. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system. In addition, we are sending copies of all removal related paperwork to Plaintiff's counsel by email at:

Michael C. McMinn
The McMinn Employment Law Firm, LLC
michael@mcminnemploymentlaw.com

Jessica Z. Wragg